## CROWELL v. STATE.
### No. 24415.

Court of Criminal Appeals of Texas.
June 15, 1949.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Upon a plea of guilty before the court, a jury having been waived, appellant was found guilty of the offense of unlawfully possessing wine for the purpose of sale in a dry area, and his punishment assessed at $100 fine.

The record, as brought forward, contains neither bills of exception nor a statement of facts. Nothing is presented for review and the proceedings appear regular in every respect.

The judgment of the trial court is affirmed.